

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00019-CR

| | | |
|---|---|---|
| Jovan Nathaniel Page | § | From Criminal District Court No. 3 |
| | § | of Tarrant County (1414949D) |
| v. | § | October 26, 2017 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Sue Walker_____
     Justice Sue Walker